UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRISTINA TOT, as Administratrix of the Estate :
of Stjepan Tot, on behalf of herself and all others
similarly situated, :
                                                 Civil Action
        Plaintiffs, : No. 17-cv-08938-ALC
  v.
                                             :
eCLINICALWORKS, LLC,
                                             :
        Defendant.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT ECLINICALWORKS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

        Pursuant to Fed. R. Civ. P. 7.1, Defendant eClinicalWorks, LLC hereby submits the following corporate disclosure statement:

        eClinicalWorks, LLC, a Massachusetts limited liability company, has no parent corporation, and no publicly held corporation owns 10% or more of eClinicalWorks, LLC's stock.

Dated:  January 22, 2018
         New York, New York

                                        /s/ George A. Zimmerman
                                        George A. Zimmerman
                                        SKADDEN, ARPS, SLATE
                                         MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000
                                        george.zimmerman@skadden.com

                                        Counsel for Defendant eClinicalWorks, LLC