UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

KRISTINA TOT, as Administratrix of the Estate : : Case No.: 1:17-cv-08938 (ALC)
STJEPAN TOT, on behalf of herself and all :
others similarly situated, :
 :
                      Plaintiff, : **NOTICE OF VOLUNTARY**
 : **DISMISSAL PURSUANT TO**
 : **F.R.C.P. 41(a)(1)(A)(i)**
   -against- :
 :
eCLINICAL WORKS, LLC, :
 :
                      Defendant. :
 :
_____X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff KRISTINA TOT as Administratrix of the Estate of STJEPAN TOT and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant eClinical Works, LLC.

Dated: New York, New York
       February 13, 2018

                                                      **DIEFENBACH, PLLC**

                                      By: _____

                                            Gordon Price Diefenbach
                                            Attorney(s) for Plaintiff
                                            55 Broad Street, 27TH Floor
                                            New York, NY 10004
                                            Tel: (212) 981-2233
                                            Fax: (646) 867-1150
                                            Email: gordon@diefenbachlaw.com

By:     **LAW OFFICES OF**
       **STEVEN E. ARMSTRONG, PLLC**

       _/s/ Steven E. Armstrong_

       Steven E. Armstrong
       Attorney(s) for Plaintiff
       26 Broadway, 17th Floor
       New York, NY 10004
       Tel: (646) 708-3658
       Fax: (212) 344-7285
       Email: sarmstrong@armstrongpllc.com