# DIEFENBACH, PLLC

ATTORNEYS AND COUNSELORS AT LAW

---

55 BROAD STREET, 27TH FLOOR, NEW YORK, NEW YORK 10004-2501
TELEPHONE 212.981.2233   FACSIMILE 646.867.1150

February 13, 2018

**VIA ECF and BY EMAIL** (ALCarterNYSDChambers@nysd.uscourts.gov)

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

RE:   *Tot v. eClinical Works, LLC, No.: 1:17-cv-08938-ALC*

Dear Judge Carter:

    At the pre-motion conference on February 8, 2018, the Court instructed the parties to provide a joint status report informing the Court whether the parties agreed to transfer to the Federal District of Massachusetts and, if otherwise, to provide a briefing schedule for Defendant's motion to dismiss in the above-referenced matter. After careful consideration, Plaintiff has decided to dismiss the case pursuant to Rule 41 and re-file the case in the Federal District of Massachusetts. Accordingly, there is no need for a joint-status report.

Respectfully,

**DIEFENBACH** PLLC

Gordon Price Diefenbach

cc:   George A. Zimmerman, Esq.
      Skadden Arps, Slate, Meagher & Flom, LLP
      Four Times Square
      New York, NY 10036-6522

      Steven E. Armstrong, Esq.
      26 Broadway, 17th Floor
      New York, NY 10004